JAMES E. HARPER
Nevada Bar No. 9822
TAYLOR G. SELIM
Nevada Bar No. 12091
**HARPER | SELIM**
1707 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:    (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIC WASHINGTON, individually, | CASE NO.:   2:16-cv-02659-JCM-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL OF CLAIMS WITH PREJUDICE** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I-X, and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, ERIC WASHINGTON, by and through his counsel of record, GLEN LERNER INJURY ATTORNEYS, and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its counsel of record, HARPER | SELIM, that this matter be dismissed with prejudice; that all of Plaintiff's claims, both contractual and extra-contractual, against Defendant stemming from motor vehicle accidents occurring on or about December 5, 2014 and February 18, 2015 have been fully resolved, and that

/ / /

all claims and allegations related to Plaintiff's Complaint in this matter are intended to be resolved via this stipulation for dismissal with prejudice; each party to bear their own costs and attorney fees.

DATED this 16th day of February 2017.   DATED this 16th day of February 2017.

GLEN LERNER INJURY ATTORNEYS        HARPER | SELIM

  /s/ *Joshua L. Benson*                              /s/ *Taylor G. Selim*
JOSHUA L. BENSON, ESQ.                  TAYLOR G. SELIM, ESQ.
Nevada Bar No. 10514                         Nevada Bar No. 12091
4795 South Durango Drive                    1707 Village Center Circle, Suite 140 Las
Las Vegas, NV 89147                            Vegas, NV 89134
*Attorneys for Plaintiff*                            *Attorneys for Defendant*

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of the Court is instructed to close this case.

Dated February 17, 2017.

_____
UNITED STATES DISTRICT JUDGE

2